| PROB 22 (Rev. 2/10) | | DOCKET NUMBER *(Tran. Court)* NOV 2 2 2011 |
|---|---|---|
| | | 0754 3:00CR30099-001 U.S. DISTRICT COURT EASTERN DISTRICT OF MO |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |
| | | **4:11CR00485 JCH** |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION / OFFICE |
|---|---|---|
| | Southern District of Illinois | East St. Louis, IL 62201 |
| Jeremy Joseph Garnier  St. Louis, MO | NAME OF SENTENCING JUDGE | |
| | Honorable G. Patrick Murphy | |
| | DATES OF PROBATION/ SUPERVISED RELEASE: | FROM 04/08/2011 | TO 04/07/2014 |

OFFENSE

18 U.S.C. & 2113 (a)  Robbery of a Credit Union

**FILED**

**JAN 18 2012**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ILLINOIS      Select a District

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the EASTERN DISTRICT OF MISSOURI upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

07/13/11
DATE

*(signed)* G. Patrick
UNITED STATES DISTRICT JUDGE

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE [RECEIVING DISTRICT]   *Eastern District of Missouri*

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

November 16, 2011
DATE

*(signed)* Carol E. Jackson
UNITED STATES DISTRICT JUDGE